473 A.2d 676

McCue v. McCue, Appellant.

Argued December 13, 1983. Timothy A. Shollenberger, for appellant; Daniel L. Sullivan, for appellee.

608

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Order affirmed.